627 A.2d 1132

STATE OF NEW JERSEY v. JOHN R. WISNIEWSKI.

March 17, 1993.

Petition for certification is granted, limited solely to the issue of jail credit for time spent on parole, the matter is summarily remanded to the trial court for reconsideration of the issue in the light of *State v. Rosado,* 131 *N.J.* 423, 621 *A.*2d 12 (1993). Jurisdiction is not retained.

627 A.2d 1132

BANK OF NEW YORK v. PEOPLE RIDESHARING SYSTEMS.

March 18, 1993.

Petition for certification is granted. The matter is summarily remanded to the Appellate Division to reconsider the dismissal of the appeal. Counsel fees and other sanctions, monetary and otherwise, may be imposed on the appellant as conditions of a reinstatement.

627 A.2d 1133

STATE OF NEW JERSEY v. WILLIE JOHNSON.

March 25, 1993.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Silva,* 131 *N.J.* 438, 621 *A.*2d 17 (1993). Jurisdiction is not retained.